```
                                    FILED ___ LODGED
                                    ___ RECEIVED ___ COPY

                                         MAY 11 2005

                                    CLERK U S DISTRICT COURT
                                     DISTRICT OF ARIZONA
                                    BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| YP. Corp Inc., a Nevada corporation fks UP. Net Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Sonnenschein Nath & Rosenthal, LLP, a California Limited Liability Partnership, <br><br> Defendant. | CIV 04-2131-PHX-EHC <br><br> **O R D E R** |

The record reflects that the complaint in this matter was filed on October 8, 2004 and has not been served upon the Defendant(s) within the time required by Rule 4(m), Federal Rules of Civil Procedure.

**IT IS ORDERED** setting a show cause hearing for **June 13, 2005** at **10:15 a.m.,** why this case should not be dismissed without prejudice for failure to timely serve the complaint.

Dated this 10th day of May 2005.

/s/ Earl H. Carroll
_____
EARL H. CARROLL
United States District Judge