RECEIVED           COPY
MAY 1 3 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY
JUN 0 3 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRTICT OF ARIZONA

| | |
|---|---|
| YP.CORP, INC., a Nevada Corporation [Formerly YP.Net, Inc.)  )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>SONNENSCHEIN, NATH & ROSENTHAL, )<br>LLP, a California Limited Liability )<br>Partnership, )<br>)<br>Defendant. ) | NO. CIV 04-2131-PHX-EHC<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING |

Upon application of counsel, and good cause shown, IT IS ORDERED vacating the show cause order presently scheduled for June 13, 2005, at 10:15 to the 1st day of July, 2005, at 10:15 a.m.

DONE IN OPEN COURT this 1st day of June, 2005.

_____
Earl H. Carroll
United States District Judge